**No. D-2498. In the Matter of Disbarment of Terrance N. Toner.**

562 U.S. 1212, 131 S. Ct. 1565, 179 L. Ed. 2d 371, 2011 U.S. LEXIS 1108.

February 22, 2011. Disbarment entered.

Former order, 562 U.S. 808, 131 S. Ct. 397, 178 L. Ed. 2d 263, 2010 U.S. LEXIS 7517.